# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION
#### No. 7:21-CR-95

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| CLARENCE JAMAR GRAHAM, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL file a response to defendant's request for relief under 28 U.S.C. § 2241 [D.E. 244] not later than May 15, 2026.

SO ORDERED. This 31 day of March, 2026.

JAMES C. DEVER III
United States District Judge