IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CR-95-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| CLARENCE JAMAR GRAHAM, | ) | |
| | ) | |
| Defendant. | ) | |

In light of this court's order of May 18, 2026 [D.E. 279], the court DISMISSES defendant's motion under 28 U.S.C. § 2241 [D.E. 244].

SO ORDERED. This 18 day of September, 2026.

J. Dever
JAMES C. DEVER III
United States District Judge